# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IN RE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY & AMERICAN OVERSIGHT | No. 26-10503 |

## NOTICE OF SERVICE

The undersigned counsel of record for Petitioner Knight First Amendment Institute at Columbia University certifies pursuant to Federal Rule of Appellate Procedure 25(d) that a copy of the Petition for Writ of Mandamus was sent via email on February 13, 2026 and again on February 17, 2026 to the following:

Kendra Wharton
Counsel for Donald J. Trump
Wharton Law PLLC
500 S Australian Ave Ste 600 PMB 1139
West Palm Beach, Fl 33401
k.wharton@whartonlawpllc.com

Richard Klugh
Counsel for Waltine Nauta
Klugh Wilson LLC
40 NW Third Street PH 1
Miami, FL 33128
rickklu@aol.com

John S. Irving, IV
Counsel for Carlos De Oliveira
SECIL Law PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
john.irving@earthandwatergroup.com

Emily M. Smachetti
Counsel for the United States of America
99 NE 4th St Fl 5
Miami, Fl 33132-2111
emily.smachetti@usdoj.gov

Counsel further certifies that a copy of the Petition for Writ of Mandamus was sent via FedEx on February 18, 2026 to the following:

Hon. Aileen Cannon
Southern District of Florida
101 South U.S. Highway 1, Chambers 4044
Fort Pierce, Florida 34950

Kendra Wharton
Counsel for Donald J. Trump
Wharton Law PLLC
500 S Australian Ave Ste 600 PMB 1139
West Palm Beach, Fl 33401

Jenny Wilson
Richard Klugh
Counsel for Waltine Nauta
Klugh Wilson LLC
40 NW Third Street PH 1
Miami, FL 33128

John S. Irving, IV
Counsel for Carlos De Oliveira
SECIL Law PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006

Emily M. Smachetti
Jorge Delgado
Counsel for the United States of America
99 NE 4th St Fl 5
Miami, Fl 33132-2111

2

*/s/ Scott Wilkens*
Scott Wilkens
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Petitioner Knight First
Amendment Institute at Columbia University*