IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **26-10503-A**

IN RE:

KNIGHT FIRST AMEND. INSTITUTE AT COLUMBIA UNIV., *et al.*,

Petitioners.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                                                           Jason A. Reding Quiñones
                                                           United States Attorney
                                                           Attorney for Appellee
                                                            99 N.E. 4th Street
                                                           Miami, Florida 33132
                                                           305-961-9404

George E. Doty III
Chief, Appellate Division

Of Counsel

**In Re: Knight First Amend. Institute at Columbia Univ.,** *et al.*,
**Case No. 26-10503-A**
**United States' Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement**

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a)(3) and 26.1-3, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on the appellant's CIP, and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case and were omitted from the appellant's CIP.

Abdo, Alexander

American Oversight

Blanche, Todd

Bove, Emil

Bratt, Jay I.

Buckner, David Marc

Cannon, Hon. Aileen

Cooney, J.P.

Dadan, Sasha

Davis, Michael S.

Delgado, Jorge Roberto

**Doty, George E., III**

**In Re: Knight First Amend. Institute at Columbia Univ., *et al.*,
Case No. 26-10503-A
Certificate of Interested Persons (continued)**

Edelstein, Julie A.

Fein, Ronald

Fields, Lazaro

Gilbert, Karen E.

Goodman, Hon. Jonathan

Harbach, David

Irving, IV, John S.

Jaffer, Jameel

Knight First Amendment Institute at Columbia University

Kise, Christopher M.

Klugh, Jr., Richard Carroll

Lapointe, Markenzy

Llanes, Barbara R.

Martinez, Daniel Havlir

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

**In Re: Knight First Amend. Institute at Columbia Univ.,** *et al.***,**
**Case No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Nauta, Waltine

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

Stark, Loree

Thakur, Michael

**In Re: Knight First Amend. Institute at Columbia Univ., *et al.*,**
**Case No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Torres, Hon. Edwin G.

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/ George E. Doty III*
George E. Doty III
Chief, Appellate Division
99 N.E. 4th Street
Miami, Florida 33132
305-961-9404
George.Doty@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, on February 19, 2026, the foregoing Certificate of Interested Persons was filed using CM/ECF and the Certificate of Interested Persons was served via CM/ECF on all counsel of record.

*/s/ George E. Doty III*
George E. Doty III
Acting Chief, Appellate Division

***ags***