UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 26-10503-A

IN RE:

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT,

    Petitioners,

_____

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

DONALD J. TRUMP, WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants-Respondents.

_____/

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Respondent Waltine Nauta certifies that the following persons and entities have an interest in the outcome of this case or appeal:

  Abdo, Alexander

  American Oversight

  Blanche, Todd

  Bove, Emil

  Bratt, Jay I.

**In Re: Knight First Amend. Institute, et al., No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Buckner, David Marc

Cannon, Hon. Aileen

Cooney, J.P.

Dadan, Sasha

Davis, Michael S.

Delgado, Jorge Roberto

Doty, George E., III

Edelstein, Julie A.

Fein, Ronald

Fields, Lazaro

Gilbert, Karen E.

Goodman, Hon. Jonathan

Harbach, David

Irving, IV, John S.

Jaffer, Jameel

Knight First Amendment Institute at Columbia University

Kise, Christopher M.

Klugh, Richard C.

Lapointe, Markenzy

Llanes, Barbara R.

**In Re: Knight First Amend. Institute, et al., No. 26-10503-A
Certificate of Interested Persons (continued)**

Martinez, Daniel Havlir

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

Nauta, Waltine

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

Stark, Loree

**In Re: Knight First Amend. Institute, et al., No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Thakur, Michael

Torres, Hon. Edwin G.

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

                                          Respectfully submitted,

                                          _s/ Richard C. Klugh_
                                          Richard C. Klugh, Esq.
                                          Klugh Wilson, LLC
                                          Counsel for Defendant-Respondent
                                          40 N.W. 3rd Street, PH 1
                                          Miami, Florida 33128
                                          Tel.  (305) 536-1191