No. 26-10503-A

In the
United States Court of Appeals
for the Eleventh Circuit

---

In re KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY and AMERICAN
OVERSIGHT,

Petitioners.

---

On Petition for Writ of Mandamus to the United States District Court
for the Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

---

## RESPONDENT PRESIDENT DONALD J. TRUMP'S CERTIFICATE OF INTERESTED PERSONS

---

Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave.,
Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Respondent*
*President Donald J. Trump*

*In re Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2 and 26.1-3, the undersigned counsel for Respondent President Donald J. Trump hereby certifies that the following persons and entities have an interest in the outcome of this proceeding:

1. Abdo, Alexander
2. American Oversight
3. Blanche, Todd
4. Bove, Emil
5. Bratt, Jay I.
6. Buckner & Miles, P.A.
7. Buckner, David Marc
8. Cannon, Hon. Aileen
9. Cooney, J.P.
10. Dadan, Sasha
11. Davis, Michael S.
12. De Oliveira, Carlos
13. Delgado, Jorge Roberto
14. Doty, George E., III

*In re Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

15.     E & W Law

16.     Edelstein, Julie A.

17.     Fein, Ronald A.

18.     Fields, Lazaro

19.     Gelber Schacter & Greenberg, P.A.

20.     Gilbert, Karen E.

21.     Goodman, Hon. Jonathan

22.     Haddix, Elizabeth

23.     Harbach, David

24.     Irving, John S., IV

25.     Jaffer, Jameel

26.     Kim, Noah

27.     Kise, Christopher M.

28.     Klugh Wilson LLC

29.     Klugh, Jr., Richard Carroll

30.     Knight First Amendment Institute at Columbia University

31.     Lapointe, Markenzy

32.     Llanes, Barbara R.

33.     Martinez, Daniel Havlir

*In re Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

34. Maynard, Hon. Shaniek Mills

35. McNamara, Anne

36. Murrell, Jr., Larry Donald

37. Nauta, Waltine

38. O'Byrne, Hayden P.

39. Pearce, James Inman

40. Pellettieri, John M.

41. Porter, Michael David

42. Reboso, Manolo

43. Reding Quiñones, Jason A.

44. Reinhart, Hon. Bruce E.

45. Reynolds, Brett

46. Schachter, Adam Michael

47. SECIL Law PLLC

48. Shapiro, Elizabeth Jane

49. Siblesz, Alessandra M.

50. Singer, Gregory Michael

51. Smachetti, Emily M.

52. Smith, Jack

*In re Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

53. Stark, Loree

54. Thakur, Michael

55. Torres, Hon. Edwin G.

56. Trump, President Donald J.

57. VanDevender, Cecil Woods

58. Weiss, Stephen H.

59. Wharton Law PLLC

60. Wharton, Kendra

61. Wilkens, Scott B.

62. Wilson, Jenny

63. Woodward, Stanley E.

The undersigned further certifies that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: February 20, 2026　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Kendra L. Wharton
　　　　　　　　　　　　　　　　Kendra L. Wharton
　　　　　　　　　　　　　　　　WHARTON LAW PLLC
　　　　　　　　　　　　　　　　500 S Australian Ave., Ste. 600-1139
　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　(561) 247-5279
　　　　　　　　　　　　　　　　k.wharton@whartonlawpllc.com
　　　　　　　　　　　　　　　　*Counsel for Respondent*
　　　　　　　　　　　　　　　　*President Donald J. Trump*

## CERTIFICATE OF SERVICE

    I, Kendra L. Wharton, counsel for Respondent President Donald J. Trump and a member of the Bar of this Court, certify that, on February 20, 2026, the attached Certificate of Interested Persons was filed through the Court's electronic filing system. I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

February 20, 2026

                                                By:   <u>/s/ Kendra L. Wharton</u>
                                                        Kendra L. Wharton

5