UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 26-10503-A

IN RE:

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT

    *Petitioners,*
_____

UNITED STATES OF AMERICA,

    *Plaintiff-Respondent,*

DONALD J. TRUMP, WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    *Defendants-Respondents*.
_____/

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Carlos De Oliveira certifies that he is unaware of any persons or entities that have an interest in the outcome of this case or appeal beyond those already identified in the Certificates of Interested Persons filed by Petitioners American Oversight and Knight First Amendment Institute at Columbia University (ECF 14), and by

Respondents United States of America (ECF 20), President Donald J. Trump (ECF 22), and Waltine Nauta (ECF 21).

Undersigned counsel further certifies that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: February 20, 2026

                                            Respectfully Submitted,

                                            /s/ John S. Irving_____
                                            John S. Irving
                                            SECIL Law PLLC
                                            1701 Pennsylvania Avenue, N.W.
                                            Suite 200
                                            Washington, D.C. 20006
                                            Telephone: (301) 807-5670
                                            Email: John.Irving@SECILLaw.com
                                            Counsel for Defendant-Appellee
                                            Carlos De Oliveira

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, the foregoing Certificate of Interested Persons was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system, and that service will be accomplished to all parties by that system.

                                            By:  /s/ John S. Irving_____
                                                  John S. Irving