No. 26-10503-A

In the
United States Court of Appeals
for the Eleventh Circuit

In re KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY and AMERICAN
OVERSIGHT,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court
for the Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

RESPONDENTS' RESPONSE
IN OPPOSITION TO PETITIONERS' MOTION
TO EXPEDITE CONSIDERATION OF PETITION FOR
WRIT OF MANDAMUS

Richard C. Klugh
Jenny Wilson
KLUGH WILSON, LLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
*Counsel for Respondent*
*Waltine Nauta*

John S. Irving, IV
SECIL LAW PLLC
1701 Pennsylvania Ave. NW,
Ste. 200
Washington, DC 20006
*Counsel for Respondent*
*Carlos De Oliveira*

Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave.,
Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Respondent*
*President Donald J. Trump*

*Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2 and 26.1-3, the undersigned counsel hereby certifies that the following persons and entities have an interest in the outcome of this proceeding:

1. Abdo, Alexander
2. American Oversight
3. Blanche, Todd
4. Bove, Emil
5. Bratt, Jay I.
6. Buckner & Miles, P.A.
7. Buckner, David Marc
8. Cannon, Hon. Aileen
9. Cooney, J.P.
10. Dadan, Sasha
11. Davis, Michael S.
12. De Oliveira, Carlos
13. Delgado, Jorge Roberto
14. Doty, George E., III

C-1 of 4

*Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

15. E & W Law

16. Edelstein, Julie A.

17. Fein, Ronald A.

18. Fields, Lazaro

19. Gelber Schacter & Greenberg, P.A.

20. Gilbert, Karen E.

21. Goodman, Hon. Jonathan

22. Haddix, Elizabeth

23. Harbach, David

24. Irving, John S., IV

25. Jaffer, Jameel

26. Kim, Noah

27. Kise, Christopher M.

28. Klugh Wilson LLC

29. Klugh, Jr., Richard Carroll

30. Knight First Amendment Institute at Columbia University

31. Lapointe, Markenzy

32. Llanes, Barbara R.

33. Martinez, Daniel Havlir

*Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

34.     Maynard, Hon. Shaniek Mills

35.     McNamara, Anne

36.     Murrell, Jr., Larry Donald

37.     Nauta, Waltine

38.     O'Byrne, Hayden P.

39.     Pearce, James Inman

40.     Pellettieri, John M.

41.     Porter, Michael David

42.     Reboso, Manolo

43.     Reding Quiñones, Jason A.

44.     Reinhart, Hon. Bruce E.

45.     Reynolds, Brett

46.     Schachter, Adam Michael

47.     SECIL Law PLLC

48.     Shapiro, Elizabeth Jane

49.     Siblesz, Alessandra M.

50.     Singer, Gregory Michael

51.     Smachetti, Emily M.

52.     Smith, Jack

*Knight First Amendment Institute at Columbia Uni, et al,*
*No. 26-10503-A*

53. Stark, Loree

54. Thakur, Michael

55. Torres, Hon. Edwin G.

56. Trump, President Donald J.

57. VanDevender, Cecil Woods

58. Weiss, Stephen H.

59. Wharton Law PLLC

60. Wharton, Kendra

61. Wilkens, Scott B.

62. Wilson, Jenny

63. Woodward, Stanley E.

The undersigned further certifies that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: February 20, 2026          Respectfully submitted,

/s/ Kendra L. Wharton
Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Respondent*
*President Donald J. Trump*

# RESPONDENTS' RESPONSE IN OPPOSITION TO PETITIONERS' MOTION TO EXPEDITE CONSIDERATION OF PETITION FOR WRIT OF MANDAMUS

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 27-1, Respondents President Donald J. Trump, Waltine Nauta, and Carlos De Oliveira, by and through the undersigned counsel, hereby respectfully submit this Response in Opposition to Knight First Amendment Institute at Columbia University's ("Knight Institute") and American Oversights' Motion to Expedite Consideration of Petition for Writ of Mandamus.

Petitioners Knight Institute and American Oversight seek to expedite this Court's consideration of their February 13, 2026 Petition for Writ of Mandamus. *See* DE 10 at 1.[1] Petitioners request an order directing the District Court to stay all proceedings in *United States v. Trump*, No. 23 Cr. 80101 (S.D. Fla.), pending this Court's resolution of their intervention appeals. *See United States v. Knight First Amend. Inst., et al.*, No. 25-14507, ECF Nos. 1, 2 (11th Cir. Dec. 29 & 30, 2025).

Petitioners claim that a stay of all District Court proceedings is necessary because of the risk that the District Court could issue an order directing the

---

[1] "DE" citations refer to the docket in this mandamus proceeding, *In re Knight First Amendment Instit. at Columbia Uni., et al*, No. 26-10503-A (11th Cir.). "D. Ct. Doc." citations refer to the District Court's docket in the underlying case, *United States v. Trump*, No. 23 Cr. 80101 (S.D. Fla.).

5

destruction of Volume II of Jack Smith's Final Report ("Volume II") and that the order could be carried out "before this Court can resolve Petitioners' pending appeals." DE 10 at 2. Petitioners further state in support of this hypothetical "risk" that they previously asked Respondents and the United States to agree to stay proceedings in the District Court pending their appeals, "but they opposed any such relief." *Id.* at 1. These statements, without context, misrepresent the nature and intent of Respondents' opposition.[2]

Petitioners have consistently sought a stay of *all* proceedings in the District Court. *See* DE 1 at 1, 2 (discussing Petitioners' February 9, 2026, motion in the District Court and requested writ of mandamus). As reflected in the Notice filed with the District Court on February 17, 2026, Respondents President Trump, Mr. Nauta, and Mr. De Oliveira unequivocally oppose those requests. It is not true, however, that Respondents oppose the requested stay for the purpose of "nullify[ing]" Petitioners' appeals or "thwart[ing]" this Court's jurisdiction. *See* DE 10 at 2.

---

[2] Respondents also note that Petitioners' statement that "the [district] court has not acted on Petitioners' motion" for a stay of proceedings lacks necessary context. DE 10 at 2. Petitioners filed an "expedited" motion to intervene in the District Court, requesting only that it be resolved "before Defendants' 'unopposed' motions." D. Ct. Doc. 775 at 1 n.1. The District Court has not ruled on Respondents' motions, and the absence of ruling on Petitioners' motion is in no way indicative of futility. Petitioners did not request an expedited ruling by a "date certain." S.D. Fla. L.R. 7.1(d)(2).

A stay of *all* proceedings at this juncture would inappropriately prohibit the District Court from ruling on matters that are not directly involved in Petitioners' intervention appeal, including Respondents' motions seeking relief from the impending expiration of the current injunction barring release. *See* DE 10, Ex. A at 2-3. It is also completely illogical to state that such an extraordinary stay of all proceedings is necessary in order to somehow protect this Court's jurisdiction or to ensure that Petitioners' purported rights of access are not "irretrievably lost." DE 10 at 1. If the District Court were to enter an order directing the immediate destruction of all copies and drafts of Volume II, Petitioners would still have the opportunity to seek an emergency stay of such an order, so as to afford this Court the time to address the merits of Petitioners' appeals.

For these reasons, Respondents President Trump, Mr. Nauta, and Mr. De Oliveira respectfully request that the Court deny Petitioners' Motion for Expedited Consideration and their underlying Petition for Writ of Mandamus.

Dated:        February 20, 2026

By: /s/ Kendra L. Wharton
Kendra Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Respondent President Donald J. Trump*

/s/ John S. Irving, IV
John S. Irving, IV
SECIL LAW PLLC
1701 Pennsylvania Ave. NW, Ste. 200
Washington, DC 20006
(301) 807-5670
jirving@secillaw.com
*Counsel for Respondent Carlos De Oliveira*

/s/ Richard C. Klugh
Richard C. Klugh
Jenny Wilson
KLUGH WILSON, LLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
(305) 536-2170 (facsimile)
rklugh@klughwilson.com
jenny@klughwilson.com
*Counsel for Respondent Waltine Nauta*

8

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPESTYLE REQUIREMENTS

I, Kendra L. Wharton, counsel for Respondent President Donald J. Trump and a member of the Bar of this Court, certify, pursuant to Federal Rules of Appellate Procedure 27(d), 32(a), and 32(g), that the foregoing response is proportionately spaced, has a typeface of 14 points, and contains 671 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

February 20, 2026

By:    /s/ Kendra L. Wharton
Kendra L. Wharton

## CERTIFICATE OF SERVICE

    I, Kendra L. Wharton, counsel for Respondent President Donald J. Trump and a member of the Bar of this Court, certify that, on February 20, 2026, the attached response was filed through the Court's electronic filing system. I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

February 20, 2026

                                                By:   /s/ Kendra L. Wharton
                                                          Kendra L. Wharton