IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 26-10503-A

IN RE:

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY and
AMERICAN OVERSIGHT,

    Petitioners,
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
RESPONSE TO EXPEDITED MOTION TO EXPEDITE
CONSIDERATION OF PETITION FOR WRIT OF MANDAMUS**

    Undersigned counsel for the United States of America certifies that the following is a complete list of persons and entities who have an interest in the outcome of this case:

    Abdo, Alexander

    American Oversight

    Blanche, Todd

    Bove, Emil

    Bratt, Jay I.

    Buckner, David Marc

    Cannon, Hon. Aileen

    Cooney, J.P.

**In Re: Knight First Amend. Institute at Columbia Univ., *et al.*,
Case No. 26-10503-A
Certificate of Interested Persons (continued)**

Dadan, Sasha

Davis, Michael S.

Delgado, Jorge Roberto

Doty, George E., III

Edelstein, Julie A.

Fein, Ronald

Fields, Lazaro

Gilbert, Karen E.

Goodman, Hon. Jonathan

Harbach, David

Irving, IV, John S.

Jaffer, Jameel

Knight First Amendment Institute at Columbia University

Kise, Christopher M.

Klugh, Jr., Richard Carroll

Lapointe, Markenzy

Llanes, Barbara R.

Martinez, Daniel Havlir

**In Re: Knight First Amend. Institute at Columbia Univ.,** *et al.*,
**Case No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

Nauta, Waltine

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

**In Re: Knight First Amend. Institute at Columbia Univ.,** *et al.*,
**Case No. 26-10503-A**
**Certificate of Interested Persons (continued)**

Torres, Hon. Edwin G.

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

                                          */s/ Jorge R. Delgado*
                                          Jorge R. Delgado
                                          Assistant United States Attorney

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 26-10503-A

IN RE:

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY and
AMERICAN OVERSIGHT,

        Petitioners,
_____/

**UNITED STATES' RESPONSE TO
EXPEDITED MOTION TO EXPEDITE CONSIDERATION
OF PETITION FOR WRIT OF MANDAMUS**

        The United States of America opposes Petitioners' motion to expedite this Court's consideration of their petition for writ of mandamus, which requests that this Court order the district court to stay proceedings pending the resolution of their appeals in *United States v. Knight First Amend. Inst., et al.*, Case No. 25-14507. The requested mandamus is improper to start—Petitioners have filed a motion to intervene in the lower court seeking the same stay that is the basis of their mandamus petition. (DE 775). Responses to that motion are due on February 23. If the motion is denied, Petitioners can seek appellate review. *See In re U.S.*, 985 F.2d 510, 511 (11th Cir. 1993) ("We recognize that mandamus is

an extraordinary remedy and will not lie if other remedies are available.").[1] Further, Petitioners' sense of urgency is unfounded. If the district court orders the destruction of any documents, Petitioners would be permitted to seek a stay of that order prior to their destruction.

## Conclusion

For these reasons, this Court should deny Petitioners' motion to expedite consideration of their petition for writ of mandamus.

Respectfully submitted,

Jason A. Reding Quiñones
United States Attorney

By: /s/ Jorge R. Delgado
Jorge R. Delgado
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394
(954) 660-5954
jorge.delgado2@usdoj.gov

George E. Doty III
Chief, Appellate Division

---

[1] If ordered to do so, the United States will provide a fuller response on the merits of mandamus relief.

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 201 words.

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements for Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016, 14-point Calisto MT font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this response was filed using CM/ECF on this 21st day of February 2026 and served via CM/ECF on all counsel of record.

By: /s/ *Jorge R. Delgado*
Jorge R. Delgado
Assistant United States Attorney