# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10503
_____

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

                                              *Petitioners.*

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1
_____

ORDER:

Respondents' motion for leave to file reply is GRANTED.

2                           Order of the Court                         26-10503

                                                   DAVID J. SMITH
                         Clerk of the United States Court of
                            Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION