In the

# United States Court of Appeals

### For the Eleventh Circuit

---

No. 26-10503

---

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

*Petitioners.*

---

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

---

ORDER:

Petitioners' motion for leave to file sur-reply is DENIED.

2                          Order of the Court                    26-10503


                                            DAVID J. SMITH
                                  Clerk of the United States Court of
                                   Appeals for the Eleventh Circuit

                         ENTERED FOR THE COURT - BY DIRECTION